﻿Citation Nr: AXXXXXXXX
Decision Date: 11/30/20 Archive Date: 11/30/20

DOCKET NO. 190906-27674
DATE: November 30, 2020

REMANDED

Entitlement to service connection for a left foot disorder is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Marine Corps from February 1975 to July 1975. She served on active duty for training from May 1974 to September 1974.

This matter is on appeal to the Board of Veterans’ Appeals (Board) from an August 2019 rating decision issued by a Department of Veterans Affairs (VA) Regional Office (RO). In September 2019, the Veteran timely appealed the portion of the rating decision pertaining to the issue above and requested direct review of the evidence considered by the RO. 38 C.F.R. § 20.202. 

The Board notes that the Veteran submitted a VA Form 20-0996, Decision Review Request: Higher-Level Review, on the same day she submitted her VA Form 10182, Decision Review Request: Board Appeal. As concurrent elections are prohibited, VA wrote to the Veteran asking her to clarify her choice of review options. She did not respond and, in March 2020, VA informed her that it would proceed with the Board appeal. 

The Board notes that evidence was added to the claims file during a period of time when new evidence was not allowed. The Board may not consider this evidence. 38 C.F.R. § 20.300. However, the newly-submitted evidence will be reviewed and considered by the agency of original jurisdiction (AOJ) after it completes the development ordered by the Board immediately below.

The issue of entitlement to service connection for a left foot disorder is remanded to correct a duty to assist error that occurred prior to the August 2019 rating decision on appeal. The AOJ attempted to schedule a VA examination for the Veteran prior to the September 2019 rating decision on appeal, and an examination notice by the AOJ noted that the Veteran refused the examination. See August 2019 Exam Request. However, the examination request specifically states that the Veteran “does not need to report for all examinations for the following contention” before listing the claim for a left foot disability. Accordingly, the Board finds a predecisional duty to assist error in failing to attempt to obtain an opinion without examination of the Veteran, particularly as the AOJ has made a favorable finding that the Veteran suffers from a current left foot disability. 

The matters are REMANDED for the following action:

The claims file should be sent to an appropriate to offer an opinion as to whether it is at least as likely as not (50 percent probability or greater) that any current left foot disability had onset during service or is otherwise related to an in-service injury, event, or disease. 

The examiner should also address whether any current disability of the left foot is at least as likely as not (a) caused by, or (b) aggravated by (worsened beyond natural progression) service-connected left sciatic radiculopathy.

(Continued on the next page)

 

If an opinion cannot be provided without examination of the Veteran, the examiner should fully explain why not.

 

 

McKayle Bruce

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. Mathew

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.